# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANUFACTURERS & TRADERS TRUST COMPANY,** | : | **CIVIL ACTION NO. 4:11-CV-01373** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **WAYNE H. PAGANI, LINDA J. PAGANI, AND GOLDEN EAGLE CORPORATION** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of December, 2011, upon consideration of the motion (Doc. 9) for relief from judgment filed by plaintiff Manufacturers and Traders Trust Company ("plaintiff") and the motion (Doc. 17) to dismiss filed jointly by plaintiff and Defendants Wayne H. Pagani, Linda J. Pagani, and Golden Eagle Corporation, wherein the parties represent that they have reached an amicable resolution to the above-captioned-matter, which includes payment in full of the judgment amount, including costs and accrued interest, in this action, and that the parties request the court dismiss all claims by and between the parties in the above-captioned matter with prejudice and that judgment be marked as satisfied, it is hereby ORDERED that:

1. The motion (Doc. 17) to dismiss is GRANTED.

2. The motion (Doc. 9) for relief from judgment is DENIED as moot.

3. The claims by and between the parties are DISMISSED with prejudice.

4. The Clerk of Court is directed to mark the judgment as SATISFIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge